UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------
ARTHUR LAMAR BROWN,

       Plaintiff,       **ORDER**

    -against-       22-CV-688 (DG)(RLM)

THE STATE OF NEW YORK; THE CITY OF
NEW YORK; DEPUTY PAYNE; CAPTAIN
HORTON; JOHN DOE # 5, Correction Officer;
C.O. JOHN DOE # 6; ARRESTING OFFICER
JOHN DOE # 1; ARRESTING OFFICER  JOHN
DOE # 2; VARIOUS INTAKE C.O. JOHN DOES,
OBCC; VARIOUS INTAKE C.O. JOHN DOES,
AMKC; ADJUDICATION CAPTAIN JANE DOE
# 1; ADJUDICATION CAPTAIN JANE DOE # 2;
C.O. JOHN DOE # 10, Bus Driver;  CAPTAIN
JOHN DOE # 1; C.O. JOHN DOE # 11; C.O.
JOHN DOE # 12; and Other Unknown
JANE/JOHN DOE Adjudication Captains, All in
their Individual and Official Capacities,

       Defendants.
----------------------------------------------------------------
**ROANNE L. MANN, Magistrate Judge:**

  *Pro se* plaintiff Arthur Lamar Brown filed the above-captioned Civil Rights Complaint (ECF No.

1), along with an application to proceed *in forma pauperis* ("IFP") (ECF No. 3) and the Prisoner

Authorization required by the Prisoner Litigation Reform Act (ECF No. 2) in January 2022. By

Memorandum and Order dated June 6, 2022, the Honorable Diane Gujarati granted plaintiff's IFP

request, dismissed the complaint, and granted leave to file an amended complaint. (ECF No. 10.)

Plaintiff filed a lengthy Amended Complaint on July 18, 2022 (ECF No. 11) and a supplemental

complaint on August 16, 2022 (ECF No. 13).

The Clerk of Court is directed to issue summonses against each of the named defendants and the United States Marshals Service is directed to serve the summonses and copies of plaintiff's submissions on the named defendants.

Plaintiff also names correctional officers and police officers identified as "John Does" and "Jane Does." Pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), the Court requests that, by January 20, 2023, Corporation Counsel for the City of New York attempt to ascertain the full names and service addresses of the John Doe police officers who were involved in the June or July 2016 incident at 501 New York Avenue that led to plaintiff's indictment under Docket Number 05595-2016 and the corrections officers involved in the January 2017 incidents on Rikers Island. Corporation Counsel need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which plaintiff may name and properly serve the defendants as instructed by the Second Circuit in *Valentin*. Once this information is provided, plaintiff's complaint shall be deemed amended to reflect the full name of the John Doe defendants, the Clerk of Court shall prepare a summons for those defendants, and the United States Marshals Service shall serve the summons upon those defendants without prepayment of fees.

The Clerk of Court shall send a copy of this Order and the complaint to the New York City Law Department and to plaintiff.

SO ORDERED.

_/s/ Roanne L. Mann_____
ROANNE L. MANN
United States Magistrate Judge

Dated:  Brooklyn, New York
       December 21, 2022